FILED
2013 NOV 22 PM 4:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR13-0825 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |
| ROGELIO LEMUS, aka "Sky," | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 18, 2011, in Los Angeles County, within the Central District of California, defendant ROGELIO LEMUS, also known as "Sky," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately

//
//
//
//
//
//

1  one pound, of methamphetamine, a Schedule II controlled
2  substance.
3
4
5
6                                          A TRUE BILL
7
                                           /S/
8                                          _____
                                           Foreperson
9  ANDRÉ BIROTTE, JR.
   United States Attorney
10
11 /s/ R. Dugdale

12 ROBERT E. DUGDALE
   Assistant United States Attorney
13 Chief, Criminal Division

14 ELIZABETH R. YANG
   Assistant United States Attorney
15 Chief, Violent & Organized Crime Section

16
   STEPHEN G. WOLFE
17 Assistant United States Attorney
   Violent & Organized Crime Section
18
19
20
21
22
23
24
25
26
27
28